IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
MISC.#

FILED
CHARLOTTE, NC
OCT 1 8 2007
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| FOR THE MATTER OF THE STATE OF ) | |
| NORTH CAROLINA SUBPOENA FOR U.S. ) | 3:07mc25 |
| PROBATION OFFICER JIM KENT ) | |

## ORDER

      THIS MATTER is before the Court on request of the Chief U.S. Probation Officer for the Western District of North Carolina and arises from the issuance of a State of North Carolina Subpoena for the testimony of U.S. Probation Officer Jim Kent and the production of government records relating to probationer Gary Vore. The testimony and production of records in this proceeding may require disclosure of information protected by the Rules of this Court and the Federal Rules of Criminal Procedure.

      Now; therefore, IT IS ORDERED that U.S. Probation Officer Jim Kent decline to give any pretrial, presentence or supervision information or produce any probation record relating to Gary Vore unless summoner provides this Court sufficient written justification for the need of such information, and the Court instructs the Probation Officer to release it.

      This Order shall take effect immediately and shall continue until further action of this Court.

      **IT IS SO ORDERED** this 18th day of October, 2007.

Robert J. Conrad, Jr.
Chief U.S. District Court Judge

# STATE OF NORTH CAROLINA

Mecklenburg County

File No. 07CVD20124

In The General Court Of Justice
☑ District ☐ Superior Court Division

State of North Carolina

Additional File Numbers

**VERSUS**

**GARY VORE**

# SUBPOENA
Duces Tecum

G.S. 1A-1, Rule 45

Party Requesting Subpoena
☐ State/Plaintiff　☑ Defendant　☐ Other (Specify)

**TO**

Name Of Person Subpoenaed
Federal Probation Officer James C. Kent

Name Of Second Person Subpoenaed

Name Of Third Person Subpoenaed

Address
200 South College Street Suite 1650

City, State, Zip
Charlotte, NC 28202

Telephone No.
704-350-7603

(Note: A single subpoena may be used for as many as three persons if all have the same address. If documents are subpoenaed, only one person may be named.)

Alternate Address

Telephone No.

## YOU ARE COMMANDED TO:
(check all that apply)

☑ appear and testify, in the above entitled action, before the court at the place, date and time indicated below.
☐ produce for the court the following items, at the place, date and time indicated below.

Name And Location Of Court
Mecklenburg County Courthouse Room 4110
832 East Fourth Street
Charlotte, NC 28202

Date To Appear/Produce
October 18th, 2007　and until released by the Court.

Time To Appear/Produce
9:00　☑ AM　☐ PM

Name And Address Of Applicant's Attorney
Christopher A. Connelly
101 N. McDowell Street, #104
Charlotte, NC 28204

Date
10/12/2007

Signature

Telephone Number
704-376-9376

☐ Deputy CSC　☐ Assistant CSC　☐ Clerk of Superior Court
☐ Magistrate　☑ Attorney　☐ Party

AOC-G-100, Rev. 3/98
1998 Administrative Office of the Courts　　(Please See Reverse Side)